

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL GLEAN, )
)
    Petitioner, )
)
v. ) CASE NO. CV598-017
)
JOHNNY SIKES, Warden, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 59), to which objections have been filed (Doc. 63). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following addendum: the Court concludes that Petitioner's Rule 60(b)(4) Motion is without merit in addition to being time-barred. As a result, Petitioner's motion (Doc. 55) is **DENIED**. Petitioner's Motion for Recusal is also **DENIED**.

SO ORDERED this 26th day of September 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA