FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 DEC 10 PM 4:21

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL GLEAN,　　　　　　　）
　　　　　　　　　　　　　　）
　　　Petitioner,　　　　　　）
　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　)　　　CASE NO. CV598-017
　　　　　　　　　　　　　　）
JOHNNY SIKES, Warden,　　　　）
　　　　　　　　　　　　　　）
　　　Respondent.　　　　　　）
　　　　　　　　　　　　　　）

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability ("COA"). (Doc 70.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court first issues a COA, which the Court may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's case and finds that he cannot meet the above standard and Petitioner's motion is **DENIED**. As a result, any request by Petitioner for leave to appeal in forma pauperis would be moot.

SO ORDERED this 10th day of December 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA